## ALLEY v. CARLISLE.

On an appeal from a judgment of the Court of Common Pleas upon an *issue of law*, single costs only are recoverable; *such* issues not being within the provisions of *Stat.* 1822, *ch.* 193, *sec.* 4.

IN an action upon contract, in which the *ad damnum* was laid at two hundred dollars, the defendant, in the Court below, demurred generally to the declaration; which being adjudged good, he appealed to this Court, but did not enter his appeal. And the plaintiff having obtained an affirmation of the judgment, upon his complaint here, now moved for the taxation of double costs against the defendant, under *Stat.* 1822, *ch.* 193, *sec.* 4.

But THE COURT refused the motion. They said that the fourth section of the statute must be considered as relating only to the amount of *damages*, upon issues of *fact*. If the defendant *will* put *that* question a *second* time to the jury without success, he shall pay double the whole costs *accruing after the appeal*, in addition to the costs in the Court below. But the *seventh* section, regarding only the more general question whether the plaintiff has any right to recover at all, seems to leave the parties to their appeal from a judgment rendered upon an *issue of law*, unaffected by the provisions of the fourth section, and unembarrassed by any other peril than the general chance of losing the cause.